**David R. KNOLL, petitioner,**
**v. UNITED STATES.**
**No. 97-1135.**

Supreme Court of the United States.

Feb. 23, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.